[No. 7427–7–III.  Division Three.  June 4, 1987.]

DAVID A. BOLIN, *Appellant,* v. CHG INTERNATIONAL, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Chelan County, No. 85–2–00106–5, Peter G. Young, J. Pro Tem., entered October 2, 1985. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 10058–4–II.  Division Two.  June 4, 1987.]

*In the Matter of the Marriage of* BRYANT NEVIN HARD, *Respondent, and* BEATRICE MARY HARD, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83–3–03680–1, Donald H. Thompson, J., entered June 24, 1986. *Reversed* by unpublished opinion per Worswick, J., concurred in by Alexander, A.C.J., and Petrich, J.

[No. 8916–5–II.  Division Two.  June 8, 1987.]

THOMAS E. EDWARDS, *Appellant,* v. THE DEPARTMENT OF PLANNING AND COMMUNITY AFFAIRS, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 82–2–00946–3, Robert J. Doran, J., entered June 5, 1985. *Affirmed* by unpublished opinion per Howard, J. Pro Tem., concurred in by Conoley and Goodloe, JJ. Pro Tem.